|  | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | Misc. AG Docket No. 32 |
| EVAN J. KRAME | * | September Term, 2021 |
|  | * |  |

## ORDER

On November 21, 2022, Bar Counsel filed the Notice of Final Disposition in the District of Columbia and Request for Issuance of Show Cause Order. The Court issued a show cause order requiring the respondent and Bar Counsel to show cause why reciprocal discipline should not be imposed by the Supreme Court of Maryland. In their responses to the order to show cause, the respondent and Bar Counsel both agree that reciprocal discipline should be imposed, and that the respondent should be suspended *nunc pro tunc* to November 19, 2021, the date the respondent was temporarily suspended by this Court. Accordingly, it is this 23rd day of January 2023, by the Supreme Court of Maryland,

ORDERED that the Respondent, Evan J. Krame, is suspended from the practice of law for an eighteen-month period commencing on November 19, 2021; and it is further

ORDERED that the Clerk of this Court shall remove the name of Evan J. Krame from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk